# Third District Court of Appeal

## State of Florida

Opinion filed June 23, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-83
Lower Tribunal No. F83-29301
_____


**Alan Price,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Law Office of Alex John Saiz PLLC, and Alex John Saiz, for appellant.

Ashley Moody, Attorney General, for appellee.


Before EMAS, C.J., and HENDON and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Atwater v. State</u>, 300 So. 3d 589, 590-91 (Fla. 2020) (observing that the United States Supreme Court in <u>McCoy v. Louisiana</u>, ___ U.S. ___, 138 S. Ct. 1500, 200 L.Ed.2d 821 (2018) "did not hold that counsel is required to obtain the express consent of a defendant prior to conceding guilt. Instead, the [<u>McCoy</u>] Court held that if a defendant 'expressly asserts that the objective of '*his* defence' [quoting U.S. Const. amend. VI] is to maintain innocence of the charged criminal acts, his lawyer must abide by that objective and may not override it by conceding guilt.' Because McCoy 'vociferously insisted that he did not engage in the charged acts and adamantly objected to any admission of guilt,' the Supreme Court found that counsel's concession of guilt violated McCoy's '[a]utonomy to decide that the objective of the defense is to assert innocence.'" (quoting <u>McCoy</u>, 138 S. Ct. at 1505, 1508, 1509)).